# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL NORMAN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-409-Orl-22DAB**

**THRIFTY NICKEL OF ORLANDO, INC.,
and ROBERT CHISTENSEN,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, THRIFTY NICKEL OF ORLANDO, INC. dba AMERICAN CLASSIFIEDS (Doc. No. 25)**
>
> **FILED:** June 20, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The Summons attached to the Motion states it is for "Robert Christensen" (a Co-Defendant) and is crossed off. In addition, there has been no showing that substitute service on Lynn Murphy, "Administrative Assistant" is adequate service of process on the corporate Defendant Thrifty Nickel of Orlando, Inc.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record